```
 1                IN THE COURT OF COMMON PLEAS
 2           FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
 3                    CRIMINAL TRIAL DIVISION
 4                           - - -
 5    COMMONWEALTH                  :   JUNE TERM, 1989
 6                                  :   NO. 252 - PIC Generally,
                                         PIC Concealed Weapon
 7                                  :   NO. 253 - Murder, Voluntary
            Vs.                          Manslaughter
 8                                  :   NO. 254 - Involuntary Mansl
                                        NO. 255 - Criminal Consp
 9                                  :   NO. 256 - VUFA - Public St,
                                         VUFA - without License
10    ANTHONY REID                  :    VUFA w/o Lic in Vehicle
11                           - - -
12                         (Volume 5)
13                           - - -
14                   Monday, August 6, 1990
                     Room 253, City Hall
15                  Philadelphia, Pennsylvania
16                           - - -
17    BEFORE:  THE HONORABLE ALBERT F. SABO, J.,
                                     and a Jury.
18
                             - - -
19
          APPEARANCES:
20
                ROGER KING, ESQUIRE,
21              Assistant District Attorney,
                For the Commonwealth.
22
                JAMES BRUNO, ESQUIRE,
23              Court-Appointed Counsel,
                For the Defendant.
24
                             - - -
25
```

```
 1  Q.    Were they black or white?
 2  A.    Black.
 3  Q.    Then what happened?
 4  A.    Three guys got out of the car, and the one came
 5  across the street, the other two stayed behind the car.
 6  Q.    The one that came across the street did you come
 7  face-to-face with?
 8  A.    Yes.
 9  Q.    How close did you come to him?
10  A.    Like five to ten feet.
11  Q.    What if anything did he say to you?
12  A.    He came up to me and he asked me if I was with them,
13  and I said no.  And then he said "You better hope none was
14  your family."  He started walking down the street towards
15  Dover Street and he stopped, he's looking around, turned
16  around, came back and he turned there again and said to me --
17  he said to his friends, he said "Let's get one of them
18  anyway."
19  Q.    Now, when he was doing this, where was his hands?
20  A.    He reached inside his coat.
21  Q.    What kind of coat was he wearing?
22  A.    It was a black like a designer jacket, cotton
23  designer jacket.
24  Q.    And when he walked back from walking toward the
25  younger kids, how close did you get to him?
```

```
 1  A.    Around the same distance, maybe a little closer.
 2  Q.    Did you look at him face-to-face?
 3  A.    Yes.
 4  Q.    Was there anything blocking your vision?
 5  A.    No.
 6  Q.    Do you see that person in court here today?
 7  A.    Yes.
 8  Q.    Where is he seated and what is he wearing?
 9  A.    He's sitting right there.  He's wearing a grey
10  sweater, glasses and a blue shirt.
11  Q.    Was he wearing glasses that night?
12  A.    No.
13  Q.    Is this the man -- did you see who was driving this
14  car?
15  A.    Yes.
16  Q.    Who was driving?
17  A.    He was driving the car.
18  Q.    Okay.  By "he", is it the same person you see here in
19  court today?
20  A.    Yes.
21           MR. KING:  Your Honor, may the record reflect
22        that Mr. McKay identified the defendant in this case,
23        Anthony Reid.
24  BY MR. KING:
25  Q.    After he said to his buddies "At least let's get one
```

1  of them," what did he do?
2  A.    He reached inside his coat; and a man, another guy
3  came running out of The Store and told him just to drive
4  around the corner and he'll get one of them, he'll see one
5  of them; and that's when he ran back across the street and
6  jumped into his car.
7  Q.    And what happened to the other two?
8  A.    They got in the car with him.
9  Q.    All right.  Then what happened?
10 A.    They backed up and they went down 29th Street, and
11 then they came around the corner up to Dover Street; and
12 then when they hit the Dover they just started shooting.
13 Q.    How many shots did you hear?
14 A.    Five, six shots.
15 Q.    Did you see Michael Waters before the shots were
16 fired?
17 A.    I didn't see who it was.  I just seen somebody get
18 hit and fall onto the -- fall into the snow.
19 Q.    What did you do after you heard the shots and saw
20 someone get hit?
21 A.    I ran.
22 Q.    Where did you run?
23 A.    I ran into a bar cross the street.
24 Q.    Then what happened?
25 A.    Then they turned around, turned the corner and they

1  anything like that?
2  A.    They asked us that the next day when we were looking
3  at the pictures.
4  Q.    They asked you to describe them, right?
5  A.    We drew this sketch.
6  Q.    Okay. And after you drew the sketch is when you
7  looked at the photographs?
8  A.    No. Before we looked -- before we looked at the
9  photographs, and then we drew the sketch afterwards.
10 Q.    You looked at pictures?
11 A.    Yes.
12 Q.    And you didn't see anybody that looked familiar to
13 you; so Scott was shown the picture and whatever happened
14 with Scott, you guys both got to go and made up some kind
15 of composite, that is right?
16 A.    Yes.
17 Q.    You and Scott made a composite together?
18 A.    The police officer was just drawing, asking what his
19 features were.
20 Q.    You and Scott were together as this was being done?
21 A.    No. He asked us one at a time.
22 Q.    So you did something off at one side. Scott was
23 someplace else while you did that?
24 A.    Yes.
25 Q.    Okay.

```
 1            Did you ever get a look at the picture that
 2    Scott had, the composite that Scott assisted in?
 3    A.    No, I don't remember.
 4    Q.    But then there came a time a couple weeks later, a
 5    little after lunchtime, around 12:28, right, when you and
 6    Scott were interviewed down at 29th and Tasker Streets,
 7    inside D20?
 8    A.    Yes.
 9    Q.    What's D20?
10    A.    It was a police car.
11    Q.    So they drove by and you sat inside the police car?
12    A.    Yes.
13    Q.    Where was Scott when you were looking at the
14    pictures?
15    A.    I don't know.  He wasn't around.  I was on my lunch
16    break from work.
17    Q.    So you looked at the pictures and you picked out one,
18    right?
19    A.    I didn't pick him out.  I said he looked something
20    like the man but it wasn't him.
21    Q.    Well, do you remember signing a statement about it?
22    A.    I don't remember.
23    Q.    Do you remember being shown the photographs and
24    Detective Farabelli that showed them to you, right?
25    A.    I don't remember the detective's name.
```