IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY REID | : | CIVIL ACTION |
| vs. | : | |
| JEFFREY BEARD, et al. | : | NO. 04-2924 |

### O R D E R

**AND NOW**, this   2nd   day of September 2009, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1), the Consolidated Amended Petition for Writ of Habeas Corpus (Doc. No. 16), a review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 41), and consideration of Petitioner's objections thereto, it is **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **DENIED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DISMISSED** with prejudice;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE